No. 81–6808. CARROLL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–6809. MALLOY v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 81–6811. WILLEY v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 81–6814. FLORIAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–6815. CARTER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–6816. HARRISON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–6817. DICKERSON v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 81–6819. ALBERT v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 81–6822. LORENTZEN v. TRUSTEES OF BOSTON COLLEGE ET AL. C. A. 1st Cir. Certiorari denied.

No. 81–6824. OMERNICK v. LAROCQUE ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–6826. TYLER ET AL. v. BOND, GOVERNOR OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–6829. BLOUNT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.